UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**VS.**                                             **CRIMINAL ACTION NO. 3:17CR-68-TBR-3**

**SHELBY STRONG**                                                       **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEAS OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Erin G. McKenzie, Assistant United States Attorney. The hearing was digitally recorded. The defendant, Shelby Strong, by consent with Keith E. Kamenish, retained counsel, appeared in open court on August 28, 2018, and entered pleas of guilty as to Counts 1 and Counts 11 through 40 of the Superseding Indictment pursuant to a Rule 11(c)(1)(C) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Count 1 and Counts 11 through 40 of the Superseding Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Count 1 and Counts 11 through 40 in the Superseding Indictment and have sentence imposed accordingly.

Sentencing will be set for **December 13, 2018 at 1:45 p.m.** in Louisville, Kentucky before the Honorable Thomas B. Russell, Senior United States District Judge.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

**IT IS FURTHER ORDERED** that the defendant shall remain on his current bond pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

| | 55 |